UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHALID HASSAN,

    Plaintiff,

    v.

DAVID ROARK, et al.,

    Defendants.

_____/

No. C 09-0964 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendants' motion to dismiss and motion for summary judgment and plaintiff's cross-motion for summary judgment, which was previously set for September 2, 2009 at 9:00 a.m., has been CONTINUED to September 23, 2009 at 9:00 a.m., in Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102

**IT IS SO ORDERED.**

Dated: August 21, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge