1  Robert B. Jobe (Cal. State Bar #133089)
   LAW OFFICE OF ROBERT B. JOBE
2  550 Kearny St., Ste. 200
   San Francisco, CA 94108
3  Tel:    (415) 956-5513
   Fax:    (415) 840-0308
4  Email: bob@jobelaw.com

5  Attorney for Plaintiff.

6

            UNITED STATES DISTRICT COURT FOR THE

7             NORTHERN DISTRICT OF CALIFORNIA

8                    OAKLAND DIVISION

9

10  KHALID HASSAN,                    )      No.    C 09-0964 PJH
                                      )
         Plaintiff,                   )
11                                    )
         v.                           )
12                                    )
    DAVID ROARK, ET AL.,              )      **STIPULATION TO CONTINUE**
13                                    )      **HEARING DATE; [PROPOSED]**
         Defendants.                  )      **ORDER**
14                                    )
                                      )      Date:   September 23, 2009
15                                    )      Time:  9:00 a.m.
    _____ )      Honorable Phyllis J. Hamilton
16

17        Plaintiff, by and through his attorney of record, and Defendants, by and their attorneys of

18  record, hereby stipulate, subject to the approval of the Court, to continue the hearing date on

19  Defendants' Motion to Dismiss and the parties' Cross-Motions for Summary Judgment, currently

20  scheduled on September 23, 2009, at 9:00 a.m., on the following grounds:

21        1.      Defendants filed a Motion to Dismiss and Motion for Summary Judgment on July

22  8, 2009.  On July 29, 2009, Plaintiff filed an opposition to Defendants' motion and a Cross-

23  Motion for Summary Judgment.  The motions are currently scheduled for a hearing on

24  September 23, 2009 at 9:00 a.m., in Oakland.

25        2.      On September 23, 2009, at 10:00 a.m., Plaintiff's counsel is scheduled to

26  participate in an immigration panel at the Law Clerk Orientation for the U.S. Court of Appeals

27

28  Stipulation to Continue Hearing Date; [Proposed] Order
    No. C 09-0964 PJH

1   for the Ninth Circuit in San Francisco.  Accordingly, Plaintiff's counsel respectfully requests that

2   the hearing date on the motions be continued.

3       3.       Defendants' counsel has indicated that she has no opposition to resetting the

4   hearing date.

5       4.       Accordingly, the parties respectfully request that, pursuant to their stipulation, the

6   Court reset the motion hearing date as follows:

7       Motions Hearing:       October 21, 2009, at 9:00 a.m.

8

9       Dated: September 15, 2009          Respectfully submitted,

10                                          /s/ Robert B. Jobe
                                           _____
11                                          ROBERT B. JOBE
                                           Attorney for Plaintiff
12

13      Dated: September 15, 2009          JOSEPH P. RUSSONIELLO
                                           United States Attorney
14
                                           /s/ Ila C. Deiss
15                                          _____
                                           ILA C. DEISS
16                                          Assistant United States Attorney
                                           Attorneys for Defendants
17

18

19

20

21

22

23

24

25

26

27

28  Stipulation to Continue Hearing Date; [Proposed] Order
    No. C 09-0964 PJH

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the motions hearing date is continued and reset as follows:

Motions Hearing:        ~~October 21, 2009~~, 9:00 a.m.
                        November 4, 2009

IT IS SO ORDERED.


Dated:  9/15/09

_____
PHYLLIS J.
UNITED ST

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Continue Hearing Date; [Proposed] Order
No. C 09-0964 PJH